**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

DONALD SPARKS,                                §
Institutional ID No. 1780285                  §
                                              §
                         Plaintiff,           §
                                              §
v.                                            §      CIVIL ACTION NO.  1:18-CV-00112-C
                                              §
ANGELA KAY,                                   §
                                              §
                         Defendant.           §

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation

in this case.  Plaintiff did not file any objections and the time to do so has passed.  The District

Court made an independent examination of the relevant portions of the record in this case and

reviewed the Magistrate Judge's Report and Recommendation for plain error.  Finding none, the

Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United

States Magistrate.

IT IS THEREFORE ORDERED that Plaintiff's complaint and all claims alleged therein

are **DISMISSED** with prejudice for failure to state a claim.

This dismissal shall count as a qualifying dismissal under 28 U.S.C. §§ 1915 and 1915A

and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996).  Plaintiff is advised that if he appeals

this Order, he will be required to pay the appeal fee of $505.00 pursuant to the PLRA, and he

must submit an application to proceed *in forma pauperis* and a 6-month Certificate of Inmate

Trust Account at the same time he files his notice of appeal.

All relief not expressly granted and any pending motions are denied.

Judgment shall be entered accordingly.

SO ORDERED.

Dated July 20, 2020.

SAM R. CUMMINGS
Senior United States District Judge

2